**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

MING WANG,

Petitioner,

v.

ERNESTO SANTACRUZ, et al.,

Respondents.

Case No. 5:26-CV-04752-CTS

**JUDGMENT**

Pursuant to the Order Granting Petition for Writ of Habeas Corpus filed October 15, 2026 (ECF No. 12), IT IS ADJUDGED that the Petition is granted.

DATED: October 16, 2026

CHRISTINA T. SHAY
UNITED STATES MAGISTRATE JUDGE